41 A.3d 856

Tyree HART, Petitioner

v.

COMMON PLEAS COURT OF PHILADELPHIA
COUNTY, Pennsylvania, Respondent.

No. 159 EM 2011.

Supreme Court of Pennsylvania.

April 10, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 10th day of April, 2012, the Petition for Writ of Mandamus is **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending Post Conviction Relief Act petition within 90 days of this order.